UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

PROGRESSIVE CARE, INC.,

    Plaintiff,

v.

KEYCENTRIX, LLC,

    Defendant.
_____/

## COMPLAINT

## JURY TRIAL DEMANDED

Plaintiff Progressive Care, Inc. ("PCI") sues Defendant KeyCentrix, LLC ("KCL"), and alleges as follows:

### Jurisdiction and Parties

1. This is a civil action for damages.

2. Subject matter jurisdiction exists under 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds $75,000. PCI is a Delaware corporation with its principal place of business located in Florida. KCL is a Kansas limited liability company. To the best of the undersigned's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, which will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, KCL is owned by Cochener Garvey Capital Partners, Inc., a Kansas corporation with its principal place of business located in Kansas. The latter company holds itself out as a private equity company whose founding families "have a long history of investment through privately owned holding and operating companies," and lists on its website three "portfolio

companies," one of which is KCL. https://www.linkedin.com/company/cochener-garvey-capital-partners-inc-/about/ (last accessed June 1, 2022); https://www.cgcpi.com/about/ (last accessed June 1, 2022). The term "portfolio company" commonly refers to a company owned by a private equity firm. The term "private equity" refers to a form of investment in and ownership of private companies.

3. Through several subsidiaries, PCI operates full-service retail specialty services pharmacies that provide prescription pharmaceuticals, including to patients in long-term care facilities, compounded medications, tele-pharmacy services, anti-retroviral medications, medication therapy management, and health practice risk management.

4. KCL is engaged in the business of providing management software to pharmacy companies.

5. KCL is subject to the jurisdiction of the courts of the State of Florida, in that it has operated, conducted, engaged in, or carried on a business or business venture in this State.

**Facts**

6. This action stems from an agreement by KCL to license to PCI certain pharmacy management software, called "Newleaf" or "New Leaf," for use in the operations of pharmacies operated by PCI through its Pharmco subsidiaries. The agreement was documented in a "Quote Form" dated August 28, 2020 and signed by Luis Rodriguez, KCL's President, and Alan Jay Weisberg, PCI's Chief Executive Officer. A true and correct copy of the Quote Form is attached hereto as Exhibit "A" and is incorporated by reference.

7. At the time it was seeking a new pharmacy management software (and ultimately agreed to install Newleaf), PCI informed KCL of its full business profile, including that it was dispensing approximately 44,000 prescriptions per month, including approximately 40,000 per

month in the two initial locations where the software would be used (Hallandale and Orlando, Florida).

8. In proposing its Newleaf software to PCI, KCL represented that this software would be able to satisfy PCI's need for pharmacy management software to be used in operating its fast paced high volume pharmacies. KCL also represented that the very Newleaf software it was proposing to PCI had been successfully installed in comparable pharmacies doing that level of business. For example, KCL represented on its website at the time that "Newleaf® powers many accredited specialty pharmacies with the market's most adaptable PMIS" (which is reasonably believed by PCI to refer to "pharmacy management information system"):



KeyCentrix, *Software and Technology for Pharmacy and Healthcare*, *available at* https://web.archive.org/web/20200810024704/https://keycentrix.com/ (last accessed June 1, 2022). After numerous presentations and training sessions, PCI reached the reasonable

conclusion, based on KCL's representations both directly to PCI and via Newleaf's marketing materials, including those on its website, that Newleaf would satisfy its needs.

9. PCI implemented Newleaf in its Hallandale, Florida location in February 2021 and in its Orlando, Florida location in March 2021. Upon going live with Newleaf, PCI was soon dissatisfied. Among other problems, the software was chronically slow and subject to freezes. Speed and continuity are essential features of pharmacy management software for pharmacies with high volume comparable to PCI's.

10. PCI did not immediately give up on Newleaf, but, instead, tried to work with KCL. KCL initially blamed the problems not on its software but on PCI's computers, server and internet connection. These assertions were not accurate. Eventually, KCL confirmed that the speed issue would not be solved through patching and adjusting settings, but rather only by an expected upgrade in the software itself. This led to PCI's decision to cease using Newleaf in order to avoid further damage to its business. In other words, PCI decided that it could not continue to use Newleaf (in the hope that, in the future, Newleaf could deliver as had been promised), unless it was prepared to continue to suffer serious productivity problems—in simple terms, fewer prescriptions and therefore lower earnings and profits. It was not. After many ticket escalations, updates and patches, the system's performance never reached the promised results. This led to disruption of services and loss of business, which had a direct negative effect on PCI's bottom line, from which it is still recovering. KCL's President himself informed PCI on June 21, 2022 that "[i]t seems we are not a good fit for each other. As a result, we formally request you transition to another software vendor." PCI did so with reasonable promptness.

11. PCI suffered damages in excess of $75,000 that were caused by the unacceptably and unreasonably low quality of service provided by the Newleaf software. These damages include lower profits than it had reason to believe it would earn but for its use of Newleaf.

**First Cause of Action**

**(Fraudulent Inducement)**

12. The allegations of Paragraphs 1 through 11 are realleged and incorporated herein by reference.

13. By reason of KCL's foregoing misrepresentations of existing and material fact, which KCL made knowing them to be false, or did so recklessly, which KCL made intentionally for the purpose of inducing PCI to act upon them by licensing the Newleaf software, and upon which PCI reasonably relied and acted upon, PCI sustained damages by relying upon the representations.

14. In addition to compensatory damages, PCI is entitled to punitive damages because of the intentional misrepresentations made to PCI by KCL.

**Second Cause of Action**

**(Breach of Express Warranty)**

15. The allegations of Paragraphs 1 through 11 are realleged and incorporated herein by reference.

16. KCL is liable to PCI for breach of express warranty, in that PCL warranted that the software it licensed to PCI would be suitable for use, as pharmacy management software, by a company with PCI's profile, and it was not.  KCL thereby caused damages to PCI in excess of $75,000.

## **Third Cause of Action**

### **(Breach of Implied Warranty)**

17. The allegations of Paragraphs 1 through 11 are realleged and incorporated herein by reference.

18. KCL is liable to PCI for breach of an implied warranty, in that PCL impliedly warranted that Newleaf it licensed to PCI would be suitable for use, as pharmacy management software, by a company with PCI's profile, and it was not. KCL thereby caused damages to PCI in excess of $75,000.

WHEREFORE, Plaintiff PCI respectfully requests a jury trial on all issues triable by jury and further requests that this Court enter judgment against Defendant KCL in the amount of damages as proven, as well as punitive damages, costs, interest, and such other and further relief as may be appropriate.

Respectfully submitted,

_____
Richard E. Brodsky
FBN 322520
The Brodsky Law Firm
1600 Ponce de Leon Boulevard
Suite 1057
Coral Gables, Florida 33134
Tel: 305-962-7497
rbrodsky@thebrodskylawfirm.com

Attorney for Plaintiff Progressive Care, Inc.



**QUOTE FORM**

| | |
|---|---|
| 2420 N. Woodlawn Blvd, Building 500 | Quote Number: 1094-1223-1224-1225 |
| Wichita, Kansas 67220 | Pricing Valid Through: 9/27/2020 |
| United States | Representative: Jeremy Saville |

### Customer & Billing Details

| | Sold To | Account Payable Contact |
|---|---|---|
| Customer Legal Name: | Progressive Care Inc | Progressive Care Inc |
| Contact Name: | Birute Norkute | |
| Email: | biruten@pharmcorx.com | |
| Phone: | (786) 253-3496 | |
| Address: | 901 N Miami Beach Blvd | 901 N Miami Beach Blvd |
| | North Miami Beach FL 33162 | North Miami Beach FL 33162 |

### Details

| | | | |
|---|---|---|---|
| Quote Effective Date: 8/27/2020 | | Auto Renew: | Yes |
| Initial Term: 3 Years | | Currency: | USD |
| Renewal Terms: 3 Years | | PO #: | |

| Item | Pay Terms | Description | Qty | Price | Extended Price | Recurring |
|---|---|---|---|---|---|---|
| Newleaf Software | Monthly | Newleaf and Sendkey software license fee for up to 10 users | 4 | $ 895.00 | $ 3,580.00 | Yes |
| Newleaf Software Users | Monthly | Newleaf software user license fee for additional 10 users | 4 | $ 85.00 | $ 340.00 | Yes |
| NLEC Software | Monthly | Newleaf Enterprise software license | 1 | $ 449.00 | $ 449.00 | Yes |
| Backup Service | Monthly | Backup service | 4 | $ 40.00 | $ 160.00 | Yes |
| Workflow Consultation | | Estimated consultation hours with product analyst | 12 | $ 135.00 | $ 1,620.00 | No |
| Newleaf Training | | Estimated onboard training hours (remote and on-site support). Additional training hours will be billed as incurred. | 160 | $ 100.00 | $ 16,000.00 | No |
| Technical Hours | | Software customization-estimated hours of development | 0 | $ 120.00 | $ - | No |
| Technical Hours | | Software customization-estimated hours of QA | 0 | $ 110.00 | $ - | No |
| Server Configuration | | Server configuration, installation, and setup of NLEC and Newleaf Servers | 5 | $ 1,000.00 | $ 5,000.00 | No |
| Adjudication[3] | Monthly | Claim submission cost for third party billing | 0 | $ 0.06 | $ 0.06 | Yes |
| Surescripts[3] | Monthly | Receive/transmit of electronic prescriptions and requests | 0 | $ 0.18 | $ 0.18 | Yes |
| Eligibility Check[3] | Monthly | Cost for each submission of patient eligibility check | 0 | $ 0.15 | $ 0.15 | Yes |
| Sendkey Fax - Rate[3] | Monthly | Inbound and outbound fax (per page after 1000 pages) | 0 | $ 0.05 | $ 0.05 | Yes |
| Sendkey Email - Rate[3] | Monthly | Email messages (per message) | 0 | $ 0.05 | $ 0.05 | Yes |
| Sendkey SMS Rate[3] | Monthly | SMS messages (per message) | 0 | $ 0.10 | $ 0.10 | Yes |
| Sendkey IVR - Rate[3] | Monthly | Inbound and Outbound IVR (per minute) | 0 | $ 0.06 | $ 0.06 | Yes |

3. Usage Fee for Adjudication, E-Script, Eligibility, SMS, IVR, Email and Fax Transactions invoiced monthly according to transaction counts and are not included in the monthly total

*One-time cost does not include shipping, taxes, data conversion, or travel expenses.

| | |
|---|---|
| Monthly[3] | $ 4,529.00 |
| One-Time* | $ 22,620.00 |

**EXHIBIT A**

**General:** This quote ("Quote") is issued by KeyCentrix, LLC ("KeyCentrix") and applies to the Customer specified herein. Customer's authorization of this Quote via DocuSign shall expressly constitute Customer's acceptance of this Quote and agreement to be bound by its terms. Customer hereby orders the goods, software licenses, or services as specified above in this Quote (collectively, the "Products"). KeyCentrix hereby agrees to provide such Products to Customer in accordance with, and subject to, the applicable terms and conditions for the specific Products being licensed or sold to Customer as set forth herein and as provided at http://www.keycentrix.com/legal-terms ("Standard Terms"). This Quote incorporates the following documents in effect as of the date specified above as the "Quote Effective Date" in the following order of precedence, all of which constitute the "Agreement": (i) this Quote, and (ii) the Product-specific Standard Terms. This Quote shall expire on the "Pricing Valid Through" date. This Quote shall only become effective upon acceptance by KeyCentrix, and the Term specified above shall commence upon KeyCentrix's installation of the Products as determined by KeyCentrix in its sole discretion.

**Invoicing:** KeyCentrix shall be entitled to invoice Customer for the fees specified in this Quote.

**Payment Terms:** All amounts owed by Customer to KeyCentrix pursuant to this Quote or otherwise are due and payable upon receipt of KeyCentrix's invoice. Customer is required to provide a payment method (ACH or Credit Card). Customer hereby authorizes KeyCentrix to debit/charge Customer's account using the payment method on file, as applicable, for the amount specified in each KeyCentrix invoice at any time following KeyCentrix's presentment of such invoice to Customer. Customer hereby indemnifies and holds the Service Provider, the bank, and KeyCentrix harmless from any damages, losses or claims resulting from all authorized actions hereunder. A convenience fee of $30 will be assessed for credit card payments.

**Select one method of payment. Place a "X" in the other payment method fields that you do not wish to use.**

| _____ Authorization for payment by ACH | Account #_____ | Routing # | |
|---|---|---|---|
| Bank: | Invoice | Phone: | |
| Name on Account: | | City/State: | |
| | | Acct Type: | |

or

| _____ Authorization for payment by Credit Card | | | |
|---|---|---|---|
| Type: | | Name: | |
| Card #: | | Exp: | |

By signing below, Customer hereby (i) agrees to be bound by the terms of the above Quote and KeyCentrix's Product-specific Standard Terms, and (ii) authorizes the purchase of the KeyCentrix Products described in the above Quote.

| KEYCENTRIX, LLC. | DocuSigned by: *Luis Rodriguez* | CUSTOMER | DocuSigned by: *Alan Jay Weisberg* |
|---|---|---|---|
| By: Name: | Luis Rodriguez | By: Name: | Alan Jay Weisberg |
| Title: | President | Title: | CEO |
| | August 28, 2020 \| 12:44 PM PDT | | August 28, 2020 \| 12:27 PM PDT |